[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

**RECEIVED**

ONEAL Johnson )
_____ )
_____ )
_____ )
(Name of the plaintiff or plaintiffs) )

v.

Allure Lifestyle Communities )
_____ )
_____ )
_____ )
(Name of the defendant or defendants) )

DEC 22 2023 SMB

THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

CIVIL ACTION

23cv17062
Judge Bucklo
Magistrate Judge Weisman
CAT2
RANDOM

## COMPLAINT OF EMPLOYMENT DISCRIMINATION

1. This is an action for employment discrimination.

2. The plaintiff is ONeal Johnson of the county of Cook in the state of Illinois.

3. The defendant is Allure Lifestyle Communities whose street address is 16851 Harlem Ave, Tinley Park, (city) Tinley Park (county) Cook (state) Ill (ZIP) 60477

(Defendant's telephone number) (___) – _____

4. The plaintiff sought employment or was employed by the defendant at (street address) _____ (city) _____
(county) _____ (state) _____ (ZIP code) _____

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

Case: 1:23-cv-17062 Document #: 1 Filed: 12/22/23 Page 2 of 16 PageID #:2

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

5. The plaintiff [*check one box*]

    (a) ☐ was denied employment by the defendant.

    (b) ☐ was hired and is still employed by the defendant.

    (c) ☒ was employed but is no longer employed by the defendant.

6. The defendant discriminated against the plaintiff on or about, or beginning on or about, (month) **February**, (day) **22**, (year) **2022**

7.1 *(Choose paragraph 7.1 or 7.2, do not complete both.)*

    (a) The defendant is not a federal governmental agency, and the plaintiff [*check one box*] ☐ has not ☒ has filed a charge or charges against the defendant asserting the acts of discrimination indicated in this complaint with any of the following government agencies:

    (i) ☒ the United States Equal Employment Opportunity Commission, on or about

    (month)_____ (day)_____ (year)_____.

    (ii) ☐ the Illinois Department of Human Rights, on or about

    (month)_____ (day)_____ (year)_____.

    (b) If charges *were* filed with an agency indicated above, a copy of the charge is attached. ☒ YES. ☐ NO, **but plaintiff will file a copy of the charge within 14 days.**

    It is the policy of both the Equal Employment Opportunity Commission and the Illinois Department of Human Rights to cross-file with the other agency all charges received. The plaintiff has no reason to believe that this policy was not followed in this case.

7.2 The defendant is a federal governmental agency, and
    (a) the plaintiff previously filed a Complaint of Employment Discrimination with the defendant asserting the acts of discrimination indicated in this court complaint.

2

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

defendant asserting the acts of discrimination indicated in this court complaint.

☒ Yes (month) 9 (day) 6 (year) 2022

☐ No, did not file Complaint of Employment Discrimination

(b) The plaintiff received a Final Agency Decision on (month) 9 (day) 28 (year) 2023.

(c) Attached is a copy of the

(i) Complaint of Employment Discrimination,

☒ Yes  ☐ No, but a copy will be filed within 14 days.

(ii) Final Agency Decision

☒ Yes  ☐ N0, but a copy will be filed within 14 days.

8. *(Complete paragraph 8 only if defendant is not a federal governmental agency.)*

(a) ☐ the United States Equal Employment Opportunity Commission has not issued a *Notice of Right to Sue.*

(b) ☒ the United States Equal Employment Opportunity Commission has issued a *Notice of Right to Sue*, which was received by the plaintiff on (month) 9 (day) 28 (year) 2023 a copy of which *Notice* is attached to this complaint.

9. The defendant discriminated against the plaintiff because of the plaintiff's [*check only those that apply*]:

(a) ☒ Age (Age Discrimination Employment Act).

(b) ☒ Color (Title VII of the Civil Rights Act of 1964 and 42 U.S.C. §1981).

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

Rev. 06/27/2016

3

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

    (c) ☒ Disability (Americans with Disabilities Act or Rehabilitation Act)

    (d) ☐ National Origin (Title VII of the Civil Rights Act of 1964 and 42 U.S.C. §1981).

    (e) ☒ Race (Title VII of the Civil Rights Act of 1964 and 42 U.S.C. §1981).

    (f) ☐ Religion (Title VII of the Civil Rights Act of 1964)

    (g) ☐ Sex (Title VII of the Civil Rights Act of 1964)

10.   If the defendant is a state, county, municipal (city, town or village) or other local governmental agency, plaintiff further alleges discrimination on the basis of race, color, or national origin (42 U.S.C. § 1983).

11.   Jurisdiction over the statutory violation alleged is conferred as follows: for Title VII claims by 28 U.S.C.§1331, 28 U.S.C.§1343(a)(3), and 42 U.S.C.§2000e-5(f)(3); for 42 U.S.C.§1981 and §1983 by 42 U.S.C.§1988; for the A.D.E.A. by 42 U.S.C.§12117; for the Rehabilitation Act, 29 U.S.C. § 791.

12.   The defendant [*check only those that apply*]
    (a) ☐ failed to hire the plaintiff.

    (b) ☒ terminated the plaintiff's employment.

    (c) ☐ failed to promote the plaintiff.

    (d) ☐ failed to reasonably accommodate the plaintiff's religion.

    (e) ☒ failed to reasonably accommodate the plaintiff's disabilities.

    (f) ☒ failed to stop harassment;

    (g) ☒ retaliated against the plaintiff because the plaintiff did something to assert rights protected by the laws identified in paragraphs 9 and 10 above;

    (h) ☐ other (specify): _____

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

Rev. 06/27/2016

4

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

_____

_____

_____

_____

13. The facts supporting the plaintiff's claim of discrimination are as follows:

_____

_____

_____

_____

_____

14. [*AGE DISCRIMINATION ONLY*] Defendant knowingly, intentionally, and willfully discriminated against the plaintiff.

15. The plaintiff demands that the case be tried by a jury. ☒ Yes ☐ No

16. THEREFORE, the plaintiff asks that the court grant the following relief to the plaintiff [*check only those that apply*]

    (a)     ☐ Direct the defendant to hire the plaintiff.

    (b)     ☒ Direct the defendant to re-employ the plaintiff.

    (c)     ☒ Direct the defendant to promote the plaintiff.

    (d)     ☐ Direct the defendant to reasonably accommodate the plaintiff's religion.

    (e)     ☒ Direct the defendant to reasonably accommodate the plaintiff's disabilities.

    (f)     ☐ Direct the defendant to (specify): _____

_____

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

_____

_____

_____

(g)  ☒ If available, grant the plaintiff appropriate injunctive relief, lost wages, liquidated/double damages, front pay, compensatory damages, punitive damages, prejudgment interest, post-judgment interest, and costs, including reasonable attorney fees and expert witness fees.

(h)  ☒ Grant such other relief as the Court may find appropriate.

Oneal Johnson
(Plaintiff's signature)

ONEAL Johnson
(Plaintiff's name)

816 W 76 ST
(Plaintiff's street address)

(City) CHIC (State) ILL (ZIP) 60620

(Plaintiff's telephone number) (773) – 992-6759

Date: 12/16/2023

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

## COMPLAINT

## INTRODUCTION

I was sent to work at Hanover Place located at 16851 s Harlem Ave Tinley Park, on and and About January 2022,I Was sent there while working for a temp service BG Staffing.

Once I got to the Property and was completing my assignments on a daily basis, on and about February 2022 I received a call from Randy Geouqe in Human Resources.

While on the phone with Randy I was offered a job to become a maintenance tech for the Company called Allure lifestyle Communities,which I gladly accepted.

While I was a temp worker I was invited to attend a morning meeting called Stand Up Meetings.The meetings started at 10:00am every morning . The company had about 40 apartments that they were turning into modern apartments and it was ordered to be on time everyday for morning stand up.

while in stand up on or about February 2022, we were over talking vendors as fare as painters and flooring, at witch time the Regional Nicky Beekman was asking for more information on any other vendors for painting and flooring,i told the Regional that i have vendors that paint and do floors.I was told to bring them in show them the apartments and tell them to give us a bid on apartments.

Once my vendors got started on their apartments to show their work to get the contract.Assistant Manager Christina Tuohy was over seeing one of my vendors Andreas in apt 136, Thomas the Manager was over my other vendor Martin in his first apt.

On and about February 25, 2022 Christina went into Andreas unit he was painting and gave the regional Nicky a bad report on the work Andreas was doing, Nicky emailed and told me that Andreas was not working out,I told her that was the first coat of paint and they weren't finished. I went and talked to the Manager Thomas and told him about the email i got from Nicky saying Andreas was not working out, at that time Thomas told me that it was Christina, he stated that she is purposely making them look bad to get them not to get the contract.

Thomas went on to say that the reason she was doing this was because her family was doing the floors and painting the units,and now you are possibly making them lose their contract.

<u>DISCRIMINATION</u>
<u>WRONGFUL TERMINATION</u>
<u>FRAUDULENT INDUCEMENT OF EMPLOYMENT</u>

1.On and about March 2022, Christina attitude had changed toward Plaintiff, she would snap out whenever it was my turn to talk,she would slam her ink pin down and say when Plaintiff talked,she would slam her pin down and say do we have to sit here and listen to this shit, also when Plaintiff talked she would tell Plaintiff that he was too damn Loud,The Manager Thomas would tell her that it was okay that we all are talking at the same time so our noises will carry.

2.On may 8,2022 i emailed and called Regional Nicky i was being put in a hostile environment from Christina,that she attacks everything i say, making the meeting off balanced,i also told her that i found out from Manager Thomas that the vendors that was released and was replaced by My vendor was her family,also that I was told by Thomas that this is the reason Christina is attacking me.

3.After telling Nicky of Christians attacks that left the meeting in a hostile way, Nicky said she will address the situation at stand up when she returns to the Property, when Nicky returns to

the Property while in stand up she told everybody that Martin will be our new Painter,and we are not to us any other vendor.

4.Christina Yelled in a loud voice saying that's not fair letting my family go like that.Nicky told Christina that the reason the Painters are her is a management decision not Plaintiff decision,also the company doesn't make decisions on family they make decisions that's best for the Company.

5.After Nicky talked to Christina it didn't stop Christina from discriminating against me, when Nicky left the Property Cristina would make loud noises when i talked,she would also drop her head making loud noises to hurrass Plaintiff.

6.On and about April 2022 after finding out Regional Nicky stopped working for the company, I would be talking in Stand up and Christina would make loud noises jump and say i don't want to hear this shit and run out the door and slam it.

7After the stand up i talked to the Manager Thomas and he said he will talk to her,but add to me that Christina and the new Regional Sherry was real close and she believes anything Christina says.

8.On and about May on two occasions and one phone call i made a complaint to Regional Sherry about Christina verbal abuse,hostile environment Christina put me in a group. Also told her
how Christina walks out of standup and all harassment of me comes from the company firing her family from the Painting and flooring vendor job.

9.Fist Sherry said she will talk to her,the next complaint after talking to Christna,Sherry said she didn't believe me over the phone,the third time Sherry didn't even get back to me on my complaints,

10. I also addressed around that time to Manager Thomas and Christina that I suffered from Major Depression and PTSD. I also told Regional Sherry I suffered from Depression and PTSD. Itold Christina and the rest I was on meds and seeing a health provider. I explained to then that sometimes i may get a little loud,i told Thomus if he sees me getting a lil loud ,just touch me on the shoulder and tell me to bring it down.

11. Christina would use my disability as a advantage to further hurrass me,on purpose when i talk she would scream out loud came you lower your voice when i wasn't talking loud,

12. On and about May 2022 i was hired into the company as a full employee,i was told that i was Maintenance Director and that i have to lead Maintenance through stand up.also ordering of materials,vendors oversee housekeeping and Maintenance workers.

13. I told the Manager Thomas that i wasn't hired to be a Maintenance Director and that im getting payed a rate of Maintenance Tech, not the title of Maintenance Director and not the rate of the Maintenance Directo, He told me that he was told that i was the Maintenance Director and That's the job I will do.

14. On and about the same time i had a conversation with Regional Sherry and she was telling me that i will have to do some more classes cause im Maintenance Director,and i need do the classes to get certified to work on the boilers, i told here they already have me working on the boilers,I told her i even went and bought parts for the boiler and replaced the parts. I also told her at that time that I was hired as Maintenance tech,she went on to say I'm the Maintenance Director, and this will be my duties,I was forced to do a job..

15 As time went by on an about June 2022 threw August, i text regional Sherry about the hostile stand up meeting,i was complaining about how I'm attacked by Christina and DJ,but I never got

a response back from the regional Sherry. I tried to keep her in the loop and keep a record of the abuse I was getting from Christina and DJ in stand up, if Regional Sherry would of took my complaints serious and spoke with Plaintiff and Christina to address the issue we could of probably come to a conclusion,instead she ignored my emails after i told her about Christina Discriminating on Plaintiff because Plaintiff is Black and Christina was white with white family members working on the property,Plaintiff brought mexican vendors in and took Christina family contract..Sherry shut the conversation down and said she don't believe it,with out talking with Christina, never answered many emails from Plaintiff about the abuse he was getting from Christina,only to say Christina is in charge of doing what she wants,that she is following her orders.

16. On and about July while in stand up, we were in Stand up and i was in disagreement in a issue,Christina stood up and said im not listen to no more of this shit and him either,she slammed the papers she had in her hand and rushed out the door, DJ followed her.we finished the meeting,when i came out i saw Christina in DJ office, they stayed in a meeting for 30 or 40 minutes.

17 On and about July 20,2022 DJ,the salesman after talking to Christina went on vacation,DJ harassed and intimidated me everytime i would come in contact with the receptionist Tiffany,Tiffany complained to Management Christina and Manager Thomas,also we talked about it in stand up before DJ would come into the room, DJ was sexually harassing tiffany trying to have sex with her,she was very afraid of DJ,she did not want to be in the same room with him,Sherry gave Tiffany the job of given Maintenance there work orders and putting the complete work orders back in the system,this will have me talking to Tiffany a lot,everytime DJ

saw me talking to tiffany he would come up and scream that i have know business in the lobby,and to get back to my job,he would do this in front of residents,me and Tiffany would talk saying he was only doing this thinking i was trying to talk to her.

18.DJ came back to work on July 26,2022, On August 1, i was called into the office and i was given a written warning for telling him i was done with apartment 201,there was not a date on the write up nor was it signed,

19.I put in a grievance on the written warning,that i was never given a verbal warning, also the the written warning had known dates, times,or place,also the written warning was not signed.

20.DJ in retaliation for Christina in there 30 minute meeting on July 19,2022,and the fact that DJ before he left for vacation was suppose to get apartment 201 for residents to move in, The resident called DJ on and about July 26,2022,and asked if they could move in,DJ told the residents that it wasn't finished that it had to be cleansed. He told them they could move in on August 1,2022,when the residents came on August 1 2022, the apartment wasn't finished.

21. DJ for his Jealous and intimidating ways framed Plaintiff saying Plaintiff told him that he was done with 201,Plaintiff never told DJ he was done with 201,Plaintiff was not Hired to even be Maintenance Director to be in the position to be in control if a apartment was completed,Plaintiff put in a grievance but it was never investigated.

22. After my written warning and me putting in a grievance DJ and Christina became very disrespectful and intimidating,Harassing me every time I spoke,reminding me that I already have a write up in stand up,and to trail thin cause another one can put me out the door.,On 8/9/2022 Plaintiff was in the lobby talking to Tiffany about a work order when DJ came out and attacked Plaintiff asking me about an apartment that I was to finish on 8//9/2022 per Manager

Thomas,also yelling to Plaintiff that he's told him hes not to be in the lobby, and that he's told Plaintiff that he's on his way out the door,this was done in front of senior residents.

23. On that same day 8/9/2022 Plaintiff texted Manager Thomas and asked him to talk to DJ,that this is not his first time asking,Manager Thomas texted back he will talk to him.

24. On and about August 10,2022 i was called on the Phone by Regional Sherry,she asked me did i go to resident apartments asking the questions,i told her No,she kept pressuring me telling me she have witnesses,and kept asking me the same Question, I Told her No, i was then told to go home i was on suspension,

25. Plaintiff was given a write up by Christina Tuohy..While Plaintiff was on his suspension Plaintiff emailed HR Randy for his Personal File,whitch Randy sent him,plaintiff reviewed the file and found out that Assistant Manager Christina had not only wrote Plaintiff up,that she had suspended Plaintiff for 4 days. Plaintiff was confused that he was fired,when his write up only had him to be on a4 day suspension.

26. Plaintiff Emailed HR Randy asking him that he sent a personal file that contained two write ups and the second one was for 4 days suspension.

27. Randy emailed Plaintiff back stating that there should have been three counseling forms, the third Counseling form is dated 9/15/2022,Plaintiff was suspended on 9/12/2022, The third The counseling form was signed by HR Randy.

28. Plaintiff was wrongly terminated from his employment when Plaintiff was given a counseling form From Christina, that contained everything she thought Plaintiff did to receive a 4 day suspension.

29. Once Plaintiff made Randy aware that he was not to be terminated and it's clear Plaintiff was

sent home on suspension,and Christina form is dated 9/12/2022, for a 4 day suspension,Plaintiff did not go back to work.also Plaintiff can not be punished twice for the same offense..

30.Randy knew that i was wrongfully terminated and instead of returning Plaintiff back to work,Randy drew up a false counseling form containing false allegations,the allegations in HR Randy counseling form was not mentioned by Christna or Regional Sherry in Plaintiff 4 day suspension form,also anything that plaintiff could have done would have to be dated on or before 9/10/2022,anything after Plaintiff was on suspension. Plaintiff should have returned to work on 9/13/2022,instead Plaintiff was wrongfully terminated by HR Randy.

31.Plaintiff was denied by the Defendants the employee Corrective counseling process, on Both write up on 8/1/2022 and 8/10/2022,Plaintiff was not given a chance to tell his side of the incident,management never told Plaintiff of a complaint,nor was Plaintiff told it was a investigation, Plaintiff was never given a verbal warning,The Defendants first right up was a written warning,after that Plaintiff was given a 4 day suspension,which the Corrective counseling process do not go in that manner,By HR Randy making up the third Corrective Counseling,even if it was true,did not call for Plaintiff to be terminated.Plaintiff shouldnt been given a 4 day suspension either.Plaintiff was wrongly sent thru the Counseling process,and was wrongly terminated

32 For all the above Plaintiff ask this Court to find that the Defendants wrongfully terminated,Plaintiff was also Discriminated on by the defendants,Plaintiff was also suffered at the hands of defendants acts of Fraudulent Inducement of employment for haven Plaintiff while hired as Maintenance Tech,the defendants forced Plaintiff to work a position of Maintenance Director,that had Plaintiff to be in control of a position that bPlaintiff was not license for,also

Plaintiff was not experience to do,also Plaintiff was not payed to do,Plaintiff was forced to work on boilers that he was not licensed to work on,Plaintiff was forced to work on furnaces that he was not licensed for,Plaintiff complained to Sherry about the situation,Sherry would just say do the jobs you're told to do.

12/21/2023

BY ONEAL JOHNSON

ONEAL JOHNSON
816 W 76 ST APT 1
CHICAGO IL,60620
PH.773-992-6749
johnsononeal406@gmail.com

**U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION**

Chicago District Office
230 S Dearborn Street
Chicago, IL 60604
(800) 669-4000
Website: www.eeoc.gov

## DETERMINATION AND NOTICE OF RIGHTS
(This Notice replaces EEOC FORMS 161, 161-A & 161-B)

Issued On: 09/28/2023

**To:** Mr. Oneal Johnson
816 w 76 street
CHICAGO, IL 60620
Charge No: 440-2022-08678

EEOC Representative and email:  KIMBERLY ENGRAM
Investigator
kimberly.engram@eeoc.gov

### DETERMINATION OF CHARGE

The EEOC issues the following determination: The EEOC will not proceed further with its investigation and makes no determination about whether further investigation would establish violations of the statute. This does not mean the claims have no merit. This determination does not certify that the respondent is in compliance with the statutes. The EEOC makes no finding as to the merits of any other issues that might be construed as having been raised by this charge.

### NOTICE OF YOUR RIGHT TO SUE

This is official notice from the EEOC of the dismissal of your charge and of your right to sue. If you choose to file a lawsuit against the respondent(s) on this charge under federal law in federal or state court, **your lawsuit must be filed WITHIN 90 DAYS of your receipt of this notice.** Receipt generally occurs on the date that you (or your representative) view this document. You should keep a record of the date you received this notice. Your right to sue based on this charge will be lost if you do not file a lawsuit in court within 90 days. (The time limit for filing a lawsuit based on a claim under state law may be different.)

If you file a lawsuit based on this charge, please sign-in to the EEOC Public Portal and upload the court complaint to charge 440-2022-08678.

On behalf of the Commission,

Digitally Signed By: Diane I. Smason
09/28/2023

Diane I. Smason
Acting District Director