

**UNITED STATES DISTRICT COURT**
**Northern District of Illinois**
**219 South Dearborn Street**
**Chicago, Illinois 60604**

**Thomas G. Bruton**                                                 312-435-5670
**Clerk**

Date:                                                     Case Number:

Case Title:                                       Judge:

## NOTICE OF CORRECTION

The following errors/deficiencies have been identified in document # [          ].

☐ The document is on the incorrect case. (If this is a motion, the docket clerk has termed the motion)

☐ The document is on the correct case but the case number and title do not match.

☐ The incorrect document [pdf] was linked to the entry.

☐ The incorrect file date was entered.

☐ The incorrect event was used. The title of the document does not match the text of the entry.

☐ The entry is a duplicate of entry [    ].

☐ Other:

**Corrective action taken by the Clerk:**

☐ The text of the entry has been replaced with *Entered in Error*.

☐ The following notation has been added to the text of the entry: *Linked document has the incorrect case title,* or, *Linked document has the incorrect case number*.

☐ The correct document [pdf] has been re-filed.

☐ The file date has been corrected.

☐ The text of the entry has been edited to reflect

☐ The text of the entry has been edited to read, *Duplicate filing of document number [ ]* .

☐ Other:

**Corrective action required by the filer:**

☐ Counsel must re-file the document

☐ Other:

                                                   Thomas G. Bruton, Clerk
                                                   By: /s/
                                                            Deputy Clerk