**U.S. Department of Justice**
United States Marshals Service

**PROCESS RECEIPT AND RETURN**
See "Instructions for Service of Process by U.S. Marshal"

| | |
|---|---|
| PLAINTIFF: ONeal Johnson | COURT CASE NUMBER: 1:23-CV-17062 |
| DEFENDANT: Allore Lifestyle Communities | TYPE OF PROCESS: Summons |

**SERVE AT**
NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN: HANOVER PLACE
ADDRESS: 16851 S. HARlem, Ave, Tinley Park, 60477

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:
ONeal Johnson
8160 76 ST APT 1
Chicago IL 60620

Number of process to be served with this Form 285: 1
Number of parties to be served in this case: 1
Check for service on U.S.A.

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE:
ESTIMATED TIME - 10:00 AM
MON - FRI
PH. 708-752-4080

Signature: ONeal Johnson ☑ PLAINTIFF
TELEPHONE NUMBER: 773-992-6159
DATE: 1/18/24

---

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY -- DO NOT WRITE BELOW THIS LINE**

Signature of Authorized USMS Deputy or Clerk: TTB

☒ I hereby certify and return that I have legal evidence of service

| Date | Time | |
|---|---|---|
| 1/19/24 | 1220 | ☒ pm |

Signature of U.S. Marshal or Deputy: Troy Brejc

REMARKS: Electronic service.

**FILED** 1/19/2024 JCM
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

PRINT 5 COPIES:
1. CLERK OF THE COURT
2. USMS RECORD
3. NOTICE OF SERVICE
4. BILLING STATEMENT*: To be returned to the U.S. Marshal with payment, if any amount is owed. Please remit promptly payable to U.S. Marshal.
5. ACKNOWLEDGMENT OF RECEIPT

PRIOR EDITIONS MAY BE USED
Form USM-285
Rev. 12/80

RECEIVED
JAN 18 2024
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT