# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1
### Eastern Division

ONeal Johnson

                         Plaintiff,

v.                                                  Case No.: 1:23−cv−17062

                                                             Honorable Lindsay C. Jenkins

Allure Lifestyle Communities

                         Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, February 28, 2024:

      MINUTE entry before the Honorable Lindsay C. Jenkins: The Court has received Plaintiff Johnson's status report. The docket now reflects that service of process on Defendant Allure Lifestyle Communities appears to have been accomplished [21] and the answer to the complaint is due by March 19, 2024. Mailed notice. (jlj, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.